Nos. 441 and 442. ARROW STEVEDORING CO. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Lyman Henry* for petitioner. *Solicitor General Perlman, Assist-*

*ant Attorney General Morison* and *Paul A. Sweeney* for the United States.

